UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

VITAL PHARMACEUTICALS, INC., d/b/a VPX and as BANG ENERGY, a Florida Corporation,

    Plaintiff,

v.

MONSTER BEVERAGE CORPORATION, a Delaware Corporation, MONSTER ENERGY COMPANY, a Delaware Corporation, and RODNEY CYRIL SACKS, an individual.

    Defendants.

Case No.: 22-cv-61621

**PLAINTIFF VITAL PHARMACEUTICALS, INC.'S
NOTICE OF COMPLIANCE WITH ORDER TO SHOW CAUSE [ECF NO. 14]**

Plaintiff Vital Pharmaceuticals, Inc. d/b/a VPX and as Bang Energy ("VPX"), by and through undersigned counsel and pursuant to this Court's Order to Show Cause [ECF No. 14] (the "Order"), notifies the Court of its compliance with the Order and states:

1.    On November 10, 2022, this Court entered an Order requiring VPX to "perfect service on Defendants and file proof of service on the docket by **November 29, 2022**." [ECF No. 14] (emphasis in original).

2.    On November 10, 2022, VPX served Defendant Monster Beverage Corporation. *See* Affidavit of Service [ECF No. 15].

3.    On November 10, 2022, VPX served Defendant Monster Energy Company. *See* Affidavit of Service [ECF No. 16].

4.    On November 15, 2022, VPX served Defendant Rodney Cyril Sacks. *See* Affidavit of Service [ECF No. 17].

1

5.  As a result of the above, VPX has complied with the Court's Order.

Dated: November 18, 2022

Respectfully submitted,

**SANCHEZ FISCHER LEVINE, LLP**
1200 Brickell Avenue, Ste. 750
Miami, Florida 33131
Tel.: (305) 925-9947

By: */s/Veronica M. Rabinowitz*
Veronica M. Rabinowitz, Esq.
Florida Bar No.: 99618
Email: vrabinowitz@sfl-law.com
David M. Levine, Esq.
Florida Bar No.: 84431
Email: dlevine@sfl-law.com
Secondary email: eservice@sfl-law.com

*Counsel for Plaintiff Vital Pharmaceuticals, Inc., d/b/a VPX and as Bang Energy*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 18, 2022, I electronically filed the forgoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via electronic transmission of Notices of Electronic Filing generated by CM/ECF and/or via separate email.

By: */s/Veronica M. Rabinowitz*
Veronica M. Rabinowitz, Esq.